AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Holmes, Jerome A. | 10th Circuit | 07/03/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
215 Dean A. McGee Ave., Rm. 315
Oklahoma City, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (Board of Directors) | Oklahoma Medical Research Foundation |
| 2. | Trustee (Board of Trustees) and Immediate Past Chair | Oklahoma City Museum of Art |
| 3. | Presidential Advisor (Term ended) | Rotary Club of Oklahoma City (Club 29) |
| 4. | Member and Executive Committee (Resigned) | Fortune Club |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former and current law clerks | Stemware and photo frame for wedding gift | $1,890.00 |
| 2. | Former and current law clerks | Portrait for 10 years on the bench | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancFirst (Trust #1) Cash Account #1 (X) | A | Interest | J | T | | | | | |
| 2. Trust # 1 (H) (X) | | | | | | | | | |
| 3. - Universal Chemical Technologies common stock (X) | | None | J | W | | | | | |
| 4. | | | | | | | | | |
| 5. BancFirst Cash Account #2 (X) | A | Interest | K | T | | | | | |
| 6. BancFirst Cash Account #3 | A | Interest | L | T | Open | | | | |
| 7. | | | | | | | | | |
| 8. SEP IRA (H) | | | | | | | | | |
| 9. - SEI Large Cap Growth A (SELCX) (X) | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 10. | | | | | | | | | |
| 11. - SEI Large Cap Value A (TRMVX) (X) | A | Dividend | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. - SEI Small Cap Growth A (SSCGX) (X) | A | Dividend | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. -SEI Small Cap Value A (SESVX) (X) | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. -Harbor International Investor (HIINX) (X) | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.    -Russell Emerging Markets S (REMSX) (X) | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21.    -SEI Core Fixed Income A (TRLVX) (X) | A | Dividend | J | T | Buy (add'l) | 12/16/16 | J | | |
| 22. | | | | | | | | | |
| 23.    - SEI High Yield Bond Fund (SHYAX) (X) | A | Dividend | J | T | | | | | |
| 24. | | | | | | | | | |
| 25.    - SEI Emerging Markets Debt Fund (SITEX) (X) | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27.    - SEI International Fixed Income Fund (SEFIX) (X) | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29.    - SEI Daily Income Trust Government Fund (SEOXX) (X) | | None | J | T | Buy | 12/16/16 | J | | |
| 30. | | | | | Buy (add'l) | 12/16/16 | J | | |
| 31. | | | | | Sold (part) | 12/19/16 | J | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 2: Filer completed term as Board Chair, June 30, 2017, automatically became Immediate Past Chair, July 1, 2017, for a 2-year term.

Part I, Line 3: Filer served a 1-year term as a Presidential Advisor, ending June 30, 2017.

Part I, Line 4: Previously reported on Line 6. Filer served as Club member, and also Executive Committee member from January 1, 2016 to April 17, 2017; resigned on April 17.

Part III-B, Line 1: Filer married a self-employed attorney in October 2016.

Part VI, Line 1: Reduced balance on revolving account (Credit Card #1) below reporting threshold.

Part VI, Line 2: Reduced balance on revolving account (Credit Card #2) below reporting threshold

Part VII, Lines 1 & 3: With the exception of the noted stock and cash account, Trust #1 has no other reportable assets, including income-producing assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Holmes, Jerome A. | 07/03/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerome A. Holmes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544